THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL A. WAGENBLAST, GABRIEL K. FORREST, ARTHUR HENDERSON, JOSHUA LENSS, AND WILLIAM M. MCLAUGHLIN,<br><br>Plaintiffs,<br><br>v.<br><br>JAY INSLEE, GOVERNOR, STATE OF WASHINGTON; BERNARD WARNER, SECRETARY, WASHINGTON DEPARTMENT OF CORRECTIONS; MARCOS RODRIGUEZ, DIRECTOR OF HUMAN RESOURCES, WASHINGTON DEPARTMENT OF CORRECTIONS; AND TEAMSTERS LOCAL UNION NO. 117, INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>Defendants. | No. 3:15-cv-05407-BHS<br><br>**ORDER GRANTING STIPULATED MOTION TO STAY** |

This matter came before the Court on the Parties' stipulated motion or a stay pending the resolution of United States Supreme Court Case *Friedrichs v. California Teachers Association*, No. 14-915. The court, being fully advised on the matter, hereby rules as follows:

1. The motion for a stay is granted;

ORDER GRANTING STIPULATED MOTION FOR STAY - 1
Case No. 3:15-cv-05407-BHS

LAW OFFICES OF
SCHWERIN CAMPBELL
BARNARD IGLITZIN & LAVITT, LLP
18 WEST MERCER STREET SUITE 400
SEATTLE, WASHINGTON 98119-3971
(206) 285-2828

2. The parties are directed to file a revised Joint Status Report within thirty (30) days of the issuance of the decision in *Friedrichs*.

It is so ORDERED this ___ day of February, 2016.

The Honorable Benjamin H. Settle
United States District Court Judge

Presented by:

s/Dmitri Iglitzin
Dmitri Iglitzin, WSBA No. 17673
Schwerin Campbell Barnard Iglitzin & Lavitt LLP
18 W Mercer St, Suite 400
Seattle, WA 98119
Ph.  (206) 257-6003
Fax  (206) 257-6038
*Iglitzin@workerlaw.com*

*Attorneys for Defendant Teamsters Local Union No. 117*

s/Spencer Nathan Thal
Spencer Nathan Thal, WSBA No. 20074
General Counsel
Western Washington Taxi Cab Operators Association
14674 Interurban Avenue South, Suite 307
Tukwila, WA 98168
*Spencer.thal@teamsters117.org*

*Attorneys for Defendant Teamsters Local Union No. 117*

s/David M. S. Dewhirst
David Dewhirst, WSBA # 48229
James Abernathy, WSBA # 48801
Freedom Foundation
PO Box 552
Olympia, WA 98507
(360) 956-3482

ORDER GRANTING STIPULATED MOTION FOR STAY - 2
Case No. 3:15-cv-05407-BHS

LAW OFFICES OF
SCHWERIN CAMPBELL
BARNARD IGLITZIN & LAVITT, LLP
18 WEST MERCER STREET SUITE 400
SEATTLE, WASHINGTON 98119-3971
(206) 285-2828

*ddewhirst@myfreedomfoundation.com*
*jabernathy@myfreedomfoundation.com*

*Attorneys for Plaintiffs*

s/W. James Young
W. James Young
National Right to Work Legal Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, VI 22160
(703) 321-8510
*wjy@nrtw.org*

*Attorneys for Plaintiffs*

ORDER GRANTING STIPULATED MOTION FOR STAY - 3
Case No. 3:15-cv-05407-BHS

LAW OFFICES OF
SCHWERIN CAMPBELL
BARNARD IGLITZIN & LAVITT, LLP
18 WEST MERCER STREET SUITE 400
SEATTLE, WASHINGTON 98119-3971
(206) 285-2828